IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

O-J-M-, *an adult*

        Petitioner,

v.

DREW BOSTOCK, *Seattle Field Office Director*, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"), TODD LYONS, *Acting Director of Immigration Customs Enforcement ("ICE")*, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, *Secretary of the Department of Homeland Security ("DHS")*, and PAMELA BONDI, *Attorney General of the United States*,

        Respondents.

Case No. 3:25-cv-944-AB

Agency No. A XXX-XXX-349

ORDER

As stated on the record, Petitioner's substantial interest in her liberty has been erroneously deprived by the Government without procedural due process through the series of Government actions. For those reasons, the Court GRANTS O-J-M-'s Petition for Habeas Corpus on Count 5 and ORDERS her immediate release, subject to the conditions that applied to her at the time of her arrest on June 2, 2025.

/ / /

1 – ORDER

Accordingly, the Court declines to reach Count 2, which seeks identical relief but under a different theory and DISMISSES Counts 1, 3, and 4 as FACTUALLY MOOT because those Counts concern allegations of Petitioner's placement in expedited removal, which the Government initially asserted but has since abandoned.

**IT IS SO ORDERED.**

DATED this 14th day of July 2025.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER