IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

O-J-M-, *an adult*

          Petitioner,

          v.

DREW BOSTOCK, *Seattle Field Office Director*, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"), TODD LYONS, *Acting Director of Immigration Customs Enforcement ("ICE")*, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, *Secretary of the Department of Homeland Security ("DHS")*, and PAMELA BONDI, Attorney General of the United States,

          Respondents.

Case No. 3:25-cv-944-AB

Agency No. AXXX-XXXX-349

JUDGMENT

**BAGGIO, District Judge:**

      Based on the record, and as stated in the Court's Order (ECF 32), O-J-M-'s Petition for Writ of Habeas Corpus (ECF 1) is GRANTED IN PART, DISMISSED IN PART, and NOT REACHED IN PART. IT IS ORDERED AND ADJUDGED that this action is closed. All pending motions, if any, are denied as moot.

      DATED this  15th  day of July, 2025.

                                            AMY M. BAGGIO
                                            United States District Court Judge

1 - JUDGMENT